IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE TYSON FOODS, INC.
SECURITIES LITIGATION                                       Case No. 5:16-cv-05340

## ORDER

On March 22, 2017, Lead Plaintiffs Employees' Retirement System of the State of Hawaii and Blue Sky filed a Consolidated Class Action Complaint (Doc. 43). On May 3, 2017, Defendants Tyson Foods, Inc., Donald J. Smith, Dennis Leatherby, Donnie Dean King, and Noel Wesley White filed a Motion to Dismiss (Doc. 47) and Memorandum Brief in Support (Doc. 48). Lead Plaintiffs filed their Response (Doc. 49) on May 26, 2017, and Defendants filed their Reply (Doc. 50) on June 21, 2017. The Court heard oral argument on Defendants' Motion on June 30, 2017.

For the reasons discussed in the Court's Memorandum Opinion filed today, the Court **GRANTS** Defendants' Motion to Dismiss (Doc. 47) and **DISMISSES** this case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 26th day of July, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE